R# 199542
$466.76

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

In Re:                                    )    Case No. 08-11397
                                          )
**Reginald Williams**                     )    Chapter 7
**Anna Marie Williams**                   )
                                          )    Judge Randolph Baxter
            Debtor.                       )
                                          )    **TRANSMITTAL OF UNCLAIMED FUNDS**
                                          )
                                          )

Brian A. Bash, trustee of this estate, reports the following:

1.    Ninety days have passed since final distribution was made in this case. The names of the creditor(s) to whom such unnegotiated checks were issued, the amount of such checks and their last known addresses are:

| Check Number | Payee | Amount |
|---|---|---|
| 103 | CAPITAL ONE BANK (USA) NA | $466.76 |

2.    Your trustee's check totaling $466.76 payable to the Clerk of the United States Bankruptcy Court is attached to this report.

3.    Nothing further remains to be done in this case.

Respectfully submitted,

Brian A. Bash, Trustee (0000134)
Baker & Hostetler LLP
3200 National City Center
1900 East Ninth Street
Cleveland, Ohio 44114-3485
Telephone: 216.861.7581
Email: BashTrustee@Bakerlaw.com